## The Chicago, Burlington & Quincy. Railroad Company
### v.
## Frank W. Van Hagen.

Appeal from the Circuit Court of Adams county.

Mr. O. H. Browning, for appellant.

Messrs. Wheat & Bonney, for appellee.

Davis, J.   The evidence in this case is substantially the same as in the case of the Chicago, Burlington & Quincy Railroad Company v. Simon R. Clark [*ante p.*596], decided at the present term, and the decision must be the same.

Judgment reversed.